# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00168-CDS-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| ANTOINE VERNON MOUTON, | |
| Defendant. | |

Presently before the Court is counsel for Defendant Antoine Mouton's Motion to Withdraw (ECF No. 13), filed on November 1, 2024.  For the reasons stated in the motion, the motion is granted.  Kendall S. Stone is hereby terminated as counsel for Defendant Mouton in this case.

IT IS SO ORDERED.

IT IS FURTHER ORDERED the Court will appoint substitute CJA Counsel in this case and directs the CJA Resources Team to assign a new CJA Panel Attorney to represent Defendant.

DATED: November 6, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE