# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| United States of America, | Case No.: 2:24-cr-00168-CDS-DJA |
|---|---|
| Plaintiff | **Order Denying Stipulation to Continue Motion Deadlines and Trial Dates (Fourth Request)** |
| v. | |
| Antoine Vernon Mouton, | [ECF No. 19] |
| Defendant | |

The parties stipulate to continue the trial date from March 24, 2025, to a date no sooner than June 9, 2025. ECF No. 19. The stipulation represents that this is the second request to continue the trial dates, however the court notes that this is the parties' **fourth** request. *See* ECF No. 9; ECF No. 11; ECF No. 16; ECF No. 19. The parties indicate this request is necessary because Mouton's counsel "needs additional time to conduct investigation in this case in order to determine whether there are any pretrial issues that must be litigated and whether the case will ultimately go to trial or will be resolved through negotiations." *Id.* at 2. But this is the same reason stated in the parties' previous stipulation requesting a trial continuance.[1] ECF No. 16. Without more information, I cannot find good cause to grant another continuance. Therefore, the fourth request to continue motion deadlines and trial dates **[ECF No. 19] is DENIED**.

Dated: February 27, 2025

_____
Cristina D. Silva
United States District Judge

---

[1] This is essentially the same reason provided in the first and second requests to continue, however the court is aware that previous counsel withdrew in November 2024. ECF Nos. 9, 11, and 13.