UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>vs.<br><br>ANTOINE VERNON MOUTON,<br>　　　　Defendant | Case No. 2:24-cr-00168-CDS-DJA<br><br>**ORDER TEMPORARILY<br>UNSEALING NOTES** |

　　　　On 12-18-2025, Samantha McNett, Court Reporter, received a Transcript Order form requesting the transcript of a **Sentencing Hearing,** in which a portion of the hearing was sealed, held on 09-08-2025 from Nisha Brooks-Whittington.

　　　　**IT IS THE ORDER OF THE COURT** that the sealed the transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Nisha Brooks-Whittington.

　　　　**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

　　　　**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceedings to anyone other than the representatives of the parties directly concerned with this case.

　　Dated: December 23, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CRISTINA D. SILVA
　　　　　　　　　　　　　　　　　　United States District Judge